BARBARA SHERWOOD *v.* PAUL J. SHERWOOD
(6503)

SPALLONE, DALY and STOUGHTON, Js.

Submitted on briefs September 20—decision released October 11, 1988

*I. David Marder* filed a brief for the appellant (defendant).

*Richard Goodman* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.